Could we get a copy of the law we are instructed to apply?

[signature]

4-15-15

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 15 2015

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

#1

Ladies and Gentlemen:

The instructions are not in a form that allows them to be made available to you for use in your deliberations.

*[signature]*

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 1 5 2015

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

Is a verbal contract good for only a year?

Some of us think that is what the judge said.

*[signature]*

4-15-15

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 15 2015

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

#2