


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICKI CRISWELL,<br><br>           Plaintiff,<br><br>v.<br><br>INTELLIRISK MANAGEMENT<br>CORPORATION, INC. and<br>ALLIED INTERSTATE, INC.,<br><br>           Defendant. | 1:08-cv-1686-WSD |

## VERDICT

1. Do you find by a preponderance of the evidence that Plaintiff Vicki Criswell proved there was a contract between her and Defendants Intellirisk Management Corporation, Inc. and Allied Interstate, Inc.?

    √ Yes

    ___ No

**If you answered NO to Question 1, stop, and sign and date this form. If you answered YES to Question 1, proceed to Question 2.**

2. Do you find by a preponderance of the evidence that Defendants Intellirisk Management Corporation, Inc. and Allied Interstate, Inc. breached the contract by failing to pay bonuses?

    √ Yes

    ___ No

**If you answered NO to Question 2, stop, and sign and date this form. If you answered YES to Question 2, proceed to Question 3.**

3. Do you find by a preponderance of the evidence that Plaintiff Vicki Criswell is entitled to recover damages for Defendants Intellirisk Management Corporation, Inc.'s and Allied Interstate, Inc.'s breach of the contract by failing to pay bonuses?

   \_\_\_\_\_ Yes

   \_✓\_\_\_ No

   If your answer is "Yes," in what amount?  $_____

**If you answered NO to Question 3, stop, and sign and date this form. If you answered YES to Question 3, proceed to Question 4.**

4. Do you find by a preponderance of the evidence that Defendants Intellirisk Management Corporation, Inc. and Allied Interstate, Inc. acted in bad faith, entitling Plaintiff Vicki Criswell to recover her reasonable attorneys' fees and expenses?

   \_\_\_\_\_ Yes

   \_\_\_\_\_ No

   If your answer is "Yes," in what amount?  $_____

**SO SAY WE ALL.**

This \_15\_ day of April, 2015.

\_James R. Tuck_____       \_\_\_\_\_[signature]_____
Foreperson Printed Name           Foreperson Signature

2